## ISAAC EDMUNDSON v. A. A. YATES.

Where a note is given to the payees "or bearer," and a suit is brought upon it by one holding and owning it in the course of trade, as the bearer thereof, and his name is set out in full as the plaintiff in the suit, it is not necessary to set out the full names of the payees, otherwise than as they are written in the note.

Where the judgment is excessive, and that objection is assigned as error and a remittitur for the excess is filed in this court after the parties have appeared, the judgment will be reversed and rendered in this court for the correct amount.

ERROR from Rusk. Tried below before the Hon. C. A. Frazer.

Suit on two several promissory notes, each payable to "Yates & Flanagan, or bearer," brought by Abram A. Yates against Isaac Edmundson, the maker; plaintiff alleging ownership of said notes, and that he became the owner and holder of them in due course of trade. The petition alleges in the ordinary form the making and delivery of the notes by the defendant to the payees, not otherwise describing them than as "Yates & Flanagan," their christian names not being stated; a special demurrer raised the question as to the sufficiency of the petition on that point; the demurrer was overruled. Judgment for the plaintiff. The petition does not allege that Yates and Flanagan were a firm or copartners.

*W. Stedman*, for the plaintiff in error.

*S. G. Swan*, for the defendant in error.

ROBERTS, J.—Where a note is given to a firm "or bearer," and a suit is brought upon it by some one who holds and owns it in the course of trade, as the bearer thereof, and his name is set out in full as the plaintiff in the suit, it is not necessary to set out the full names of the payees, otherwise than as they are written in the note.

The judgment is excessive, being for an amount exceeding that

due at the date of the judgment about $2 50. A remittitur of three dollars has been filed, but not until the parties appeared in this court. This having been assigned as error, the judgment must be reversed and judgment rendered here for the correct amount.

Reversed and judgment rendered.